Robert Orendain, et. al., Plaintiff(s)
vs.
Tesla, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 164264-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Tesla, Inc.
Court Case No. 3:23-cv-01157-JCS

MCCUNE WRIGHT AREVALO, LLP
Ms. Kelli N Williamson
231 North Main Street, Suite 20
Edwardsville, IL 62025

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17 day of MAR, 2023, at 9:35 o'clock A M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Standing Orders for
Magistrate Judge Joseph C. Spero; Consenting to the Jurisdiction of a US Magistrate
Judge: Standing Order for All Judges in the Northern District of California;
Standing Order Regarding Covid 19 Procedures; Standing Order Regarding
Exhibit Tag; Order Setting Initial Case Management Conference and ADR Deadlines
Notice of Assignment toa United States Magistrate Judge for Trial

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Tesla, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: NADIA BELLAMY

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color B ; Hair Color BLK ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'8" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 22 day of March, 2023

Thomas M. Marshall
Notary Public    (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
SEPT. 28, 2024
NOTARY PUBLIC
STATE OF DELAWARE